UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT TIPPEN,

        Plaintiff,                          Case No. 1:13cv1377

v.                                             Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 3, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 3, 2015, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the decision of the Commissioner is AFFIRMED.

                                            /s/Robert J. Jonker
                                            ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

Dated: March 24, 2015